FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  FF                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2567-LAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| RAQUEL HERNANDEZ DE AVILA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 8, 2008, within the Southern District of California, defendant RAQUEL HERNANDEZ DE AVILA, did knowingly and intentionally import approximately 48.26 kilograms (106.17 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 5, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/4/08